**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA CALDERON-MIJANGO, | No. 09-72204 |
| Petitioner, | |
| v. | Agency No. A98-570-662 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:     FARRIS, O'SCANNLAIN and BYBEE, Circuit Judges.

Maria Calderon-Mijango, a native and citizen of El Salvador, petitions pro

se for review of the Board of Immigration Appeals' ("BIA") order dismissing her

appeal from an immigration judge's decision denying her application for asylum,

withholding of removal, and protection under the Convention Against Torture

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir. 2008), except to the extent that deference is owed to the BIA's determination of the governing statutes and regulations, *Simeonov v. Ashcroft*, 371 F.3d 532, 535 (9th Cir. 2004).  We review for substantial evidence factual findings.  *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006).  We grant in part and deny in part the petition for review and we remand.

We recently held that the BIA could not reject "all women in Guatemala" as a particular social group solely because it was overly broad and internally diverse. *See Perdomo v. Holder*, 611 F.3d 662, 669 (9th Cir. 2010) (remanding for further proceedings).  Here, the IJ similarly rejected Calderon-Mijango's social group consisting of women in El Salvador as "too large and internally diverse."  We grant Calderon-Mijango's petition for review with respect to her asylum and withholding of removal claims and remand for the BIA to reconsider the claims in light of *Perdomo*.  *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

Substantial evidence supports the IJ's denial of CAT relief because Calderon-Mijango failed to establish it is more likely than not she will be tortured by or with the acquiescence of the government of El Salvador.  *See Silaya v. Mukasey*, 524 F.3d 1066, 1073 (9th Cir. 2008).

09-72204

Each party shall bear its own costs for this petition for review.

**PETITION FOR REVIEW DENIED in part; GRANTED in part; REMANDED.**